AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRUCE P. KRIEGMAN,

        Plaintiff,

        v.

ALLEN McDONALD,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-432-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED 1.) Monetary Judgment in the amount of CAD $308,755.07, pursuant to 11 U.S.C. § 550 and RCW 19.40.071.  2.) Transfers in the amount of CAD $204,095.54 made to the Defendant within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071.  3.) Transfers in the amount of CAD $104,659.53 made to Defendant more than four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550 and 551 and RCW 19.40.041(1) and 19.40.071.  4.) All said transfers to Defendant are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551.  5.) A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and 6.) Plaintiff is hereby awarded costs (i.e. filing fees) in the amount of $250.00 USD, for a total judgment of CAD $308,755.07, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

| | |
|---|---|
| October 31, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |